Perfect 10 Inc v. Arlo Gilbert                                                                                                         Doc. 3

ORIGINAL

**SEND**

FILED
CLERK, U.S. DISTRICT COURT

NOV 23 2004

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| Perfect 10, Inc. | CASE NUMBER: |
|---|---|
| Plaintiff(s), | CV 04-9098 GPS (PLAx) |
| v. | |
| Arlo Gilbert | **ORDER RE TRANSFER PURSUANT TO GENERAL ORDER 224** |
| Defendant(s). | **( Related Cases)** |

## CONSENT

I hereby consent to the transfer of the above-entitled case to my calendar, pursuant to General Order 224.

_11/17/04_                                 _Audrey B. Collins_
Date                                       United States District Judge

It appearing that the above-entitled case is properly transferable in accordance with the provisions of General Order 224.

IT IS HEREBY ORDERED that this case is transferred to the calendar of Judge ___Collins___ for all further proceedings.

_11/15/04_                                 _George P. Schiavelli_
Date                                       United States District Judge

## DECLINATION

I hereby decline to transfer the above-entitled case to/from my calendar for the reasons set forth: _____

_____                    _____
Date                                       United States District Judge

**REASON FOR TRANSFER AS INDICATED BY COUNSEL**: Case _CV 03-9113 ABC (SSx)_ and the present case:
- X  A.  appear to arise from the same or substantially identical transactions, happenings or events.
- ☐  B.  involve the same or substantially the same parties or property.
- ☐  C.  involve the same patent, trademark or copyright.
- X  D.  call for determination of the same or substantially identical questions of law and fact.
- X  E.  likely for other reasons may entail unnecessary duplication of labor if heard by different judges.

**NOTICE TO COUNSEL FROM CLERK**:
Pursuant to the above transfer, any discovery matters that are or may be referred to a Magistrate Judge are hereby transferred from Magistrate Judge ___Abrams___ to Magistrate Judge ___Segal___.

On all documents subsequently filed in this case, please substitute the initials _ABC(SSx)_ after the case number in place of the initials of the prior judge, so that the case number will read _CV 04-9098 ABC (SSx)_. This is very important because documents are routed to the assigned judges by means of these initials.

Subsequent documents must be filed at the   X Western   ☐ Southern   ☐ Eastern Division.
Failure to file at the proper location will result in your documents being returned to you.