Perfect 10 Inc v. Arlo Gilbert Doc. 5

Gary N. Schumann Phone: (512) 347-1604
4330 South Mopac, Suite 150
Austin, Texas 78735

S. Martin Keleti (Bar #144208) Phone: (323) 938-5000
740 North La Brea Avenue
Los Angeles, CA 90038-3339

SEND

FILED
CLERK, U.S. DISTRICT COURT
FEB - 7 2005
CENTRAL DISTRICT OF CALIFORNIA
BY DEPUTY

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

LODGED
2005 FEB -4 PM 2:58
CLERK, U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

PERFECT 10, INC., a California Corporation

Plaintiff(s)

v.

ARLO GILBERT, an individual; and Does 1 through 10, inclusive

Defendant(s).

CASE NUMBER

CV-04-9098 ABC (SSx)

APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE

**NOTICE:** Effective June 1, 2004, the fee for ***Pro Hac Vice*** is $185.00 for each case application. Please submit the fee with your application. Fee is waived for attorneys for the United States, its departments or agencies. ***To receive orders and judgements by e-mail, complete and return the Optical Scanning Enrollment form (form G-76), available on the court's website at www.cacd.uscourts.gov.***

I, Gary N. Schumann, hereby apply to the Court under Local Rule 83-2.8.2 for permission to appear and participate in the above-entitled action on behalf of ☐ Plaintiff ☒ Defendant: Arlo Gilbert by whom I have been retained.

My *out-of-state* business information is as follows:
Firm Name: Savrick, Schumann, Johnson, McGarr, Kaminski & Shirley
Address: 4330 South Mopac, Suite 150
Austin, Texas 78735
Telephone number: (512) 347-1604 Fax number: (512) 347-1676

I am a member in good standing and eligible to practice before the following courts:

| TITLE OF COURT | DATE OF ADMISSION |
|---|---|
| State of Texas | November 3, 1989 |
| State of Colorado | November 29, 2000 |
| U.S. Dist. Courts for the Northern, Eastern, Southern, & Western | 1993-1994 |
| United States Court of Appeals for the 5th Circuit | November 8, 1993 |

I am not a resident of, nor am I regularly employed, engaged in business, professional or other activities in the State of California. I am not currently suspended or disbarred in any court.

I have concurrently, or within three (3) years of this application, made *pro hac vice* applications to this Court in the following actions:

| CASE NUMBER | TITLE OF ACTION | DATE OF APPLICATION | APPLICATION GRANTED OR DENIED |
|---|---|---|---|
| 02-037394-TJH (FMOx) | Hendrickson v. Amazon, et al. | 10/17/02 | Granted |
| 2:03cv01827 | Protect Kids v. Zicherman | 05/09/03 | Granted |
| | | | |
| | | | |
| | | | |

5

DOCKETED ON CM
FEB - 8 2005
BY 002

P A I D
FEB - 4 2005
CLERK, U.S. DISTRICT COURT 4612



Dockets.Justia.com

If *pro hac vice* applications set forth in the previous statement have been denied by this Court, please explain:

SCANNED

I designate S. Martin Keleti as local counsel, whose business information is as follows:

Firm Name: Cohen and Cohen
Address: 740 North La Brea Avenue
Los Angeles, CA 90038-3339
Telephone number: (323) 938-5000 Fax number: (323) 936-6354

who is a member in good standing of the Bar of this Court and maintains an office in the Central District of California for the practice of law, as the attorney with whom the Court and opposing counsel may readily communicate regarding the conduct of this case, and upon whom papers may be served.

I declare under penalty of perjury that the foregoing is true and correct and that I am familiar with the Local Rules, the Local Criminal Rules, the F.R. Civ. Pl, the F.R. Crim. P., and the F.R. Evidence.

Date: 02/01/05

*Applicant Signature*

I hereby consent to the foregoing designation.
Date: 2/4/2005

*Designee Signature*

144208
California State Bar No.

**ORDER**

The application to appear *pro hac vice* as requested in the above-entitled case is hereby:

- [x] Granted.
- [ ] Denied and fee ordered returned.

Date: 2/7/05

*United States District Judge / Magistrate Judge*

# PROOF OF SERVICE

State of California }
County of Los Angeles }

I, S. MARTIN KELETI, am employed in the aforesaid county, State of California; I am over the age of 18 years and not a party to the within action; my business address is: 740 North La Brea Avenue, Los Angeles, California 90038-3339.

On February 4, 2005, I served a document entitled **APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE** on all interested parties in this action by placing a true copy thereof, enclosed in a sealed envelope, addressed as follows:

**Daniel J Cooper, Esq.**
**PERFECT 10 INCORPORATED**
**72 Beverly Park Drive**
**Beverly Hills, CA 90210**

**Jeffrey N. Mausner, Esq.**
**Valerie E. Kincaid , Esq.**
**BERMAN MAUSNER AND RESSER**
**11601 Wilshire Boulevard,**
**Suite 600**
**Los Angeles 90025-1742**

I am readily familiar with the business's practice for the collection and processing of correspondence for mailing with the United States Postal Service and the fact that the correspondence would be deposited with the United States Postal Service that same day in the ordinary course of business. On this date, the above referenced correspondence was placed for deposit at Los Angeles, California and placed for collection and mailing following ordinary business practices.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on February 4, 2005.

[signature]

S. MARTIN KELETI