Perfect 10 Inc v. Arlo Gilbert                                                                                   Doc. 1

SEND

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES-GENERAL

**Case No.:** CV 04-9098 ABC (SSx)      **Date:** February 22, 2005

**Title:** Perfect 10, Inc. v. Arlo Gilbert
==================================================================
**DOCKET ENTRY**
==================================================================
**PRESENT:** Hon. Audrey B. Collins, United States District Judge

Daphne Alex                    Not Present
Deputy Clerk                   Court Reporter

**ATTORNEYS PRESENT FOR PLAINTIFF:**      **ATTORNEYS PRESENT FOR DEFENDANT:**
    None                                      None

**PROCEEDINGS:**   DEFENDANT'S MOTION TO DISMISS ACTION FOR LACK OF
                   PERSONAL JURISDICTION (In Chambers)


     On February 7, 2005, Defendant Arlo Gilbert filed a motion
to dismiss action for lack of personal jurisdiction, noticed for
hearing before this Court on March 7, 2005. Defendant, however,
failed to engage in a conference with opposing counsel before
filing the motion. See Local Rule 7-3. The motion is therefore
STRICKEN.




                                      Deputy Clerk WH for DA



DOCKETED ON CM
FEB 24 2005
BY

Dockets.Justia.co