UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

SENT

CIVIL MINUTES - GENERAL

Case No.  CV 04-9098-ABC(SSx)            Date April 11, 2005

Title:  Perfect 10 -vs- Arlo Gilbert
================================================================
PRESENT:  THE HONORABLE AUDREY B. COLLINS, US DISTRICT JUDGE

Daphne Alex                              Katherine Stride
Courtroom Deputy                         Court Reporter


ATTORNEYS PRESENT FOR PLAINTIFFS:        ATTORNEYS PRESENT FOR DEFENDANTS:

Jeffrey Mausner                          S. Martin Keleti
                                         Gary Schumann

PROCEEDINGS:  SCHEDULING CONFERENCE

Scheduling Conference held.  The Court sets the following dates:

Add Claims/Parties Cut-Off: July 11, 2005;
(Doe defendants are dismissed as of cut-off date to add parties)

Discovery Cut-Off: Oct. 10, 2005; Expert disclosure reports due: Oct. 21, 2005; Rebuttal reports due: Nov. 4, 2005, Expert cut-off: Nov. 28, 2005;

Law & Motion Cut-Off: Dec. 5, 2005;

Final Pre Trial Conf: Jan. 30, 2006, 10:AM; Trial counsel must be present;

Jury Trial: Feb. 14, 2006, at 8:30AM, est 3 days.

Counsel are reminded of the requirements of Local Rule 16-14.  Counsel shall submit their notice of settlement selection within 10 days.


MINUTES FORM 11                                    Initials of Deputy Clerk DA
CIVIL - GEN

DOCKETED ON CM
APR 15 2005
BY ___ 021