DANIEL J. COOPER (State Bar No. 198460)
72 Beverly Park Dr.
Beverly Hills, California 90210
Telephone: (310) 205-9817
Facsimile: (310) 205-9638

JEFFREY N. MAUSNER (State Bar No. 122385)
BERMAN, MAUSNER & RESSER
11601 Wilshire Boulevard, Suite 600
Los Angeles, California 90025-1742
Telephone: (310) 473-3333
Facsimile: (310) 473-8303

Attorneys for Plaintiff PERFECT 10, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PERFECT 10, INC., a California corporation,<br><br>  Plaintiff,<br><br>v.<br><br>ARLO GILBERT, an individual; and Does 1 through 10, inclusive<br><br>  Defendants. | Case No. CV 04-09098 ABC (SSx)<br><br>STIPULATION AND [~~PROPOSED~~] ORDER FOR DISMISSAL WITH PREJUDICE OF DEFENDANT ARLO GILBERT<br><br>[Fed. R. Civ. P. 41(a)]<br><br>[No Hearing Date Required] |

1. Plaintiff Perfect 10, Inc. ("Perfect 10") and Defendant Arlo C. Gilbert, by and through their respective attorneys of record, hereby agree and stipulate as follows:

1. Perfect 10 and Arlo C. Gilbert have entered into an agreement to settle this Action ("Settlement Agreement"). Under the terms of the Settlement Agreement, the parties have agreed, among other things, that the Action shall be dismissed with prejudice. The parties have also agreed that each shall bear its own costs and attorneys' fees.

2. Accordingly, the Action between Perfect 10 and Arlo C. Gilbert shall be dismissed, with prejudice, with all parties to bear their own costs and attorneys' fees.

3. This Court shall retain continuing jurisdiction over this Action and the settling parties to enforce the terms of the Settlement Agreement between the parties, including by motion or by *ex parte* application, as appropriate.

DATED: October 12, 2005

BERMAN, MAUSNER & RESSER,
A Law Corporation

By: *Jeffrey N. Mausner*
Jeffrey N. Mausner
Attorneys for Plaintiff Perfect 10, Inc.

COHEN AND COHEN

DATED: October 10, 2005

By: *Martin Keleti*
S. Martin Keleti
Attorneys for Defendant Arlo C. Gilbert

1

## **ORDER**

Based on the foregoing stipulation, and good cause appearing therefore, IT IS ORDERED that:

1. This Action between Perfect 10 and Arlo C. Gilbert is dismissed, with prejudice, with each of the parties to bear its own costs and attorneys' fees.

2. This Court shall retain continuing jurisdiction over this Action and the parties to enforce the terms of the Settlement Agreement between the parties, including by motion or by *ex parte* application, as appropriate.

Dated: 10/14/05

Hon. Audrey B. Collins
United States District Judge

2

# PROOF OF SERVICE

## STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the county of Los Angeles, State of California.

I am over the age of 18 and am not a party to the within action; my business address is: 11601 Wilshire Blvd., Suite 600 Los Angeles, CA 90025-1742.

On October 13, 2005, I served the foregoing document(s) described as follows:

**STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL WITH PREJUDICE OF DEFENDANT ARLO GILBERT**

on the interested party(ies) in this action by placing a true copy thereof enclosed in a sealed envelope addressed to the address(es) as follows:

S. Martin Keleti
COHEN AND COHEN
740 North La Brea Ave., Second Floor
Los Angeles, CA 90038-6354

**MAIL:** I placed such envelope with fully prepaid postage thereon in the United States mail at Los Angeles, California.

**FEDERAL:** I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made. I declare, under penalty of perjury, that the foregoing is true and correct.

Executed on **October 13, 2005**, at Los Angeles, California

BY: _____
Mathew Milani

BERMAN, MAUSNER & RESSER
A LAW CORPORATION